IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA POUGH,

    Petitioner,                    No. CIV S-07-0035 MCE EFB P

    vs.

BRIAN HIXON, et al.,

    Respondents.               FINDINGS & RECOMMENDATIONS

        Petitioner's originally filed a motion seeking to collaterally attack his conviction pursuant to 28 U.S.C. § 2255. That motion was dismissed was dismissed on May 23, 2007. Petitioner was given thirty days to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The thirty day period has now expired, and petitioner has not filed a petition for writ of habeas corpus or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
3  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: July 17, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2