IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA POUGH,  No. 2:07-cv-00035-MCE-EFB P

    Petitioner,

  vs.  ORDER

BRIAN HIXON, et al.,

    Respondents.

_____/

    Petitioner has filed a request for reconsideration of this court's order filed August 30, 2007, affirming the order of the magistrate judge filed July 17, 2007. In his request, petitioner states that he did not receive his legal mail. The court notes that petitioner filed two documents [see docket #s 6 and 7] after the court filed the order dismissing his petition with leave to amend. Petitioner filed notice of a change of address on March 6, 2007, two months prior to the filing of the recommendation of dismissal for failure to amend. Petitioner has failed to demonstrate any new or different facts or circumstances which did not exist or were not shown upon the prior motion. See E.D. Local Rule 78-230(k).

///

///

1

1    Accordingly, the motion for reconsideration is DENIED.

2  Dated: May 1, 2008

*[signature]*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE